```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :          19-CR-862(VEC)
        -against-                   :
                                    :              ORDER
CHRISTOPHER RODRIGUEZ,              :
                                    :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS Mr. Rodriguez has requested a change of court-appointed counsel; and

　　　　WHEREAS Mr. Rodriguez is currently held at Orange County Correctional Facility ("Orange County Jail");

　　　　IT IS HEREBY ORDERED THAT a hearing by videoconference is scheduled for **July 21, 2020**, **at 11:00 A.M.**  Both counsel will be provided with call-in instructions via email.  Orange County Jail is directed to produce Mr. Rodriguez for his video appearance.

　　　　IT IS FURTHER ORDERED THAT, to optimize use of the Court's video conferencing technology, all parties on the call must:

　　i.　　Use a browser other than Microsoft Explorer to access the video feed on Court Call;
　　ii.　　Position the participant's device as close to the WiFi router as is feasible;
　　iii.　　Ensure any others in the participant's household are not using WiFi during the period of the call;
　　iv.　　If the participant is participating by video, connect to the audio portion of the videoconference by having the Court Call system call the participant at a desired phone number (landline or mobile), rather than using computer audio;
　　v.　　If there is ambient noise, the participant must mute his or her device when not speaking.

Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: July 13, 2020**
      **New York, NY**

                                                            _____
                                                             **VALERIE CAPRONI**
                                                            **United States District Judge**