UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA            :

       -against-                          :

                                             :

CHRISTOPHER RODRIGUEZ,              :

                                             :

                  Defendant.            :

------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:  07/20/2020 |

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

     WHEREAS a substitution of counsel proceeding is currently scheduled for 11:00 A.M. on July 21, 2020, to proceed via video conference; and

     WHEREAS Mr. Rodriguez is currently held at Orange County Correctional Facility ("OCJ");

     IT IS HEREBY ORDERED THAT the video conference is converted to a teleconference at **10:30 A.M. on July 21, 2020**, due to OCJ's inability to facilitate court proceedings via video conference at this time.  OCJ is ordered to produce Mr. Rodriguez for his telephonic appearance. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

**Dated: July 20, 2020**
      **New York, NY**

_____
     **VALERIE CAPRONI**
     **United States District Judge**