```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :         **ORDER**
                                        :
Christopher Rodriguez                   :
                                        :         19-cr-862
                                        :         Docket #
                                        :
----------------------------------------x


<u>Valerie Caproni</u>, **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case

<u>Jason Foy</u> is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Carla Sanderson</u>, NUNC-PRO-TUNC <u>7/21/2020</u>.
                        Attorney's Name

                            **SO ORDERED.**

                            _____
                            **UNITED STATES DISTRICT JUDGE**


**Dated:   New York, New York**
          July 21, 2020