USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA              :
                                          :     19-CR-862(VEC)
         -against-                        :
                                          :         ORDER
    CHRISTOPHER RODRIGUEZ,                :
                                          :
                          Defendant.      :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

   WHEREAS the Defendant, Mr. Rodriguez, has mailed a letter to the Court;

   WHEREAS in light of the substantial amount of personal information contained in the letter the Court has filed it under seal; and

   WHEREAS the Court has shared this letter with the Government and Defense counsel via e-mail;

   IT IS HEREBY ORDERED THAT Defense counsel inform the Court by no later than **Friday, September 18, 2020**, whether Defendant is seeking any relief from the Court.

**SO ORDERED.**

**Dated: September 11, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**